IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR DETRES,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 13-7084 |
| : | |
| **THE COMMONWEALTH OF** : | |
| **PENNSYLVANIA, et al.,** : | |
| Respondents. : | |

### O R D E R

**AND NOW**, this 13th day of July, 2015, upon careful and independent consideration of the Report and Recommendation of Magistrate Judge Elizabeth T. Hey (Doc. No. 12), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. No. 12) is **APPROVED AND ADOPTED**

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. Because Petitioner has not made a substantial showing of the denial of a constitutional right, there are no grounds on which to issue a certificate of appealability.

IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.